E-FILED 11/30/12
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOICHIRO EBIHARA, an individual; SHIGERU KEMI, an individual; and TAKESHI TANIKAWA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CKE RESTAURANT VENTURES, LLC, a Delaware Limited Liability Company; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO.: 2:12-CV-4221-PSG (PJWx)<br><br>**~~PROPOSED~~ ORDER REGARDING DISMISSAL OF ENTIRE ACTION**<br><br>[Filed concurrently with Stipulation For Dismissal Of Entire Action]<br><br>Complaint Filed: April 2, 2012<br>Trial: May 7, 2013 |

TO ALL INTERESTED PARTIES:

Having received and reviewed the stipulation between Plaintiffs YOICHIRO EBIHARA, SHIGERU KEMI and TAKESHI TANIKAWA ("Plaintiffs") and Defendant CKE RESTAURANT VENTURES, LLC

-1-

**PROPOSED ORDER REGARDING DISMISSAL OF ENTIRE ACTION**

("Defendant") for the dismissal of the entire action pursuant to FRCP, Rule 41(a)(1) and good cause being found:

IT IS ORDERED that the entire action is dismissed with prejudice with each side bearing its own costs and attorney's fees except as otherwise provided in the Parties' confidential settlement agreement.

DATE: ___11/30/___, 2012        UNITED STATES DISTRICT COURT


**PHILIP S. GUTIERREZ**
THE HON. PHILIP S. GUTIERREZ

**PROPOSED ORDER REGARDING DISMISSAL OF ENTIRE ACTION**